El Pueblo, Demandante y Apelado, *v.* Rodríguez, Acusada y Apelante.

Apelación procedente de la Corte de Distrito de Arecibo en causa por infracción al Reglamento de Sanidad.

No. 1849.—Resuelto en abril 6, 1922.

Panaderías—Elaboración de Pan sin Licencia—Prueba Necesaria.—Cuando se denuncia al dueño de una panadería que existía al promulgarse el Reglamento de Sanidad No. 30, por fabricar en ella pan para consumo público sin

licencia del Departamento de Sanidad, es necesario probar, atendido al último párrafo del artículo 20 de dicho reglamento, que en algún tiempo el
Departamento de Sanidad había ordenado modificaciones en la panadería y
señalado plazo para verificarlas.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. L. Mercader.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Hutchison, emitió la opinión del
tribunal.

La apelante fué declarada culpable de una infracción a
la sección primera del Reglamento de Sanidad No. 30, promulgado en octubre 28, 1914, a virtud de una denuncia en
la cual se imputaban los hechos en la forma siguiente:

"Que en junio 6, 1921, y en la calle Mariano Vidal del Distrito
Judicial Municipal de Arecibo, P. R., que forma parte del Distrito
Judicial de Arecibo, P. R., la acusada, quien es dueña o administradora de una panadería en la dirección arriba indicada, ilegal, voluntaria y maliciosamente se dedicaba a la elaboración de pan confeccionado con harina o flor de harina de trigo, destinado para el consumo público, sin una licencia otorgada por un funcionario del Departamento de Sanidad, infringiendo de este modo el citado reglamento."

La panadería en cuestión había estado funcionando por
espacio de diez y seis años y el error que se alega es como
sigue:

"La Corte de Distrito de Arecibo cometió error manifiesto en la
apreciación de la prueba presentada, deduciendo de la misma una
conclusión contraria a derecho, y muy especialmente aplicando erróneamente el artículo 1º. del Reglamento de Sanidad No. 30."

Las secciones 1 y 20 del reglamento de referencia prescriben lo siguiente:

"Artículo 1.—Ninguna persona, firma, corporación o institución
ofrecerá en venta, venderá o elaborará pan u otros productos alimenticios confeccionados con harina o flor de harina de trigo, sin una
licencia otorgada por el correspondiente funcionario del Servicio de
Sanidad y previa la aprobación por el ingeniero de dicho servicio,

del plano o planos del edificio o local en donde ha de ejercerse la industria, ajustándose aquéllos a los preceptos de este reglamento.''

''Artículo 20.—Este reglamento será aplicable a las panaderías de nueva construcción; *Disponiéndose* que el Director de Sanidad queda facultado para omitir cualquiera de estos requisitos cuando, en su opinión, la cantidad de pan confeccionado no justifique el gasto, y cuando tal omisión no sea perjudicial a la salud pública; *Disponiéndose* que las panaderías que existen actualmente habrán de modificarse en lo posible para adaptarse a las disposiciones de este reglamento, dentro de un plazo razonable según lo ordene de cuando en cuando el Director de Sanidad.''

No hubo el más ligero indicio durante el juicio de que se hubiera librado orden alguna para hacer modificaciones o alteraciones, ni fijado ningún plazo como lo exige el segundo *disponiéndose* de la sección 20.

La sentencia apelada debe ser revocada.

> *Revocada la sentencia apelada y absuelta la acusada.*

Jueces concurrentes: Sres. Presidente del Toro, y Asociados Wolf y Aldrey.